IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FLOYD MCQUITTY, et al. | ) |
| | ) |
| v. | ) NO. 3-12-0683 |
| | ) JUDGE CAMPBELL |
| ROBERTO RAMIREZ, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 81), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiffs' Motion to Amend (Docket No. 56) is GRANTED in part and DENIED in part. Plaintiffs may amend their Complaint to add a claim for punitive damages against Defendant CF Transportation, Inc., but not to add a punitive damages claim against Defendant Ramirez.

IT IS SO ORDERED.

                                                                         _____
                                                                        TODD J. CAMPBELL
                                                                        UNITED STATES DISTRICT JUDGE