IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FLOYD McQUITTY, et al.　　　　　　）
　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　） NO. 3-12-0683
　　　　　　　　　　　　　　　　） JUDGE CAMPBELL
ROBERTO RAMIREZ, et al.　　　　　）

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 103), Notice Of Objection filed by the Plaintiffs (Docket No. 104), and Defendant's Response To Plaintiffs' Objection (Docket No. 117).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objection, Response, and the file. The Objection of the Plaintiffs is overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Plaintiffs' Second Motion To Amend Complaint (Docket No. 96) is DENIED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE