IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FLOYD MCQUITTY, et al. )
)
v. ) NO. 3-12-0683
) JUDGE CAMPBELL
ROBERTO RAMIREZ, et al. )

ORDER

Pending before the Court is Defendants' Motion to Strike Affidavit of Michael Napier and

Motion to Exclude Testimony of Michael Napier (Docket No. 114). In light of the recent Order of

the Magistrate Judge (Docket No. 125), and for the reasons stated therein, Defendants' Motion to

Strike and Exclude is GRANTED.

Also pending before the Court is Defendant CF Transportation's Motion for Partial Summary

Judgment (Docket No. 98). Defendant seeks summary judgment on Plaintiffs' recently added claim

for punitive damages. Because Plaintiff's Response to Defendant's Motion for Partial Summary

Judgment, Plaintiff's Response to Defendant's Statement of Undisputed Facts, and Plaintiff's

Countervailing Statement of Undisputed[1] Facts all rely heavily upon the Affidavit of Michael

Napier, Plaintiff shall re-file his Responses, by May 8, 2014, with no references to or reliance upon

Mr. Napier's Affidavit or testimony, since that evidence has been stricken.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1]     Plaintiff's Countervailing Statement of Undisputed Facts does not comply with
the Federal Rules of Civil Procedure or Local Rules of this Court in that Plaintiff asserts
*undisputed* facts, when the rules authorize the non-moving party to file a statement of *disputed*
material facts which would preclude summary judgment. Local Rule 56.01(c).